*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROLANDO BENT | Case No. 1:26-cv-01305 |
| Plaintiff | |
| VS. | Judge |
| WARDEN, WINN CORRECTIONAL CENTER | Magistrate Judge |
| Defendant | |

**ORDER**

IT IS ORDERED that John Burt be and is hereby admitted to the bar of this Court pro hac vice on behalf of Plaintiff in the above described action.

SO ORDERED on this, the ___27th___ day of __April__, 20 __26__ .

_Kayla De McClusky_
_____
U.S. Magistrate Judge