UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

ROLANDO BENT                                    CIVIL ACTION NO. 26-1305

                                                SECTION P
VS.
                                                JUDGE ROBERT R. SUMMERHAYS

WARDEN WINN CORRECTIONAL              MAG. JUDGE KAYLA D. MCCLUSKY
CENTER, ET AL.

### ORDER

Petitioner Rolando Bent, a detainee in the custody of the Department of Homeland

Security and the Bureau of Immigration and Customs Enforcement, petitions for a writ of habeas

corpus under 28 U.S.C. § 2241.

**THE CLERK OF COURT IS INSTRUCTED** to email a copy of this Order to the Civil

Chief of the United States Attorney's Office for the Western District of Louisiana and grant her

access to the pleadings.

**IT IS ORDERED** that Respondents file a response to the Petition within **21 days** of the

date of this Order, or service of the Petition on the United States Attorney for the Western

District of Louisiana, whichever is later.

**IT IS FURTHER ORDERED** that Petitioner shall have **7 days** following the filing of

Respondents' response to file a reply.

When the record is complete, the Court will determine the necessity of an evidentiary

hearing.

In Chambers, Monroe, Louisiana, this 29th day of April, 2026.

Kayla Dye McClusky
United States Magistrate Judge

2