UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ROLANDO BENT

VS.

WARDEN WINN CORRECTIONAL
CENTER, ET AL.

CIVIL ACTION NO. 26-1305

SECTION P

JUDGE ROBERT R. SUMMERHAYS

MAG. JUDGE KAYLA D. MCCLUSKY

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no

objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Rolando Bent's

Petition is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

LAFAYETTE, LOUISIANA, this 23rd day of July, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE